## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 13-62514-Civ-SCOLA

MYCOSKIE, LLC,

       Plaintiff,

vs.

AUTHENTICTOMSSHOES.COM, *et al.*,

       Defendants.

_____/

### Order Granting *Ex Parte* Temporary Restraining Order *Ex Parte*

THIS MATTER is before the Court on Plaintiff's *Ex Parte* Application for Entry of Temporary Restraining Order, Preliminary Injunction, and Order Restraining Transfer of Assets Tied to the Counterfeiting Operation (the "*Ex Parte* Application"). Plaintiff, Mycoskie, LLC ("Mycoskie" or "Plaintiff") moves *ex parte*, for entry of a temporary restraining order against Defendants, the Partnerships and Unincorporated Associations identified on Schedule "A" hereto (collectively "Defendants"), pursuant to 15 U.S.C. § 1116 and Fed. R. Civ. P. 65, for alleged violations of the Lanham Act, 15 U.S.C. §§ 1114, and 1125(a). The Court has carefully reviewed the *Ex Parte* Application, the pertinent portions of the Record, and is otherwise fully advised in the premises.

By the instant Application, Plaintiff, Mycoskie, LLC ("Mycoskie" or "Plaintiff") moves *ex parte*, for entry of a temporary restraining order against Defendants, the Partnerships and Unincorporated Associations identified on Schedule "A" hereto (collectively "Defendants") and an order restraining the financial accounts used by Defendants, pursuant to 15 U.S.C. § 1116 and Fed. R. Civ. P. 65.

### I.      FACTUAL BACKGROUND[1]

Plaintiff manufactures, promotes, distributes, and sells in interstate commerce, including within this judicial district, goods under multiple federally registered trademarks (*See* Declaration of Jessica Murray in Support of Plaintiff's *Ex Parte* Application ["Murray Decl."] ¶ 4.),

---

[1] The factual background is taken from Plaintiff's Complaint, Application for Temporary Restraining Order, and supporting evidentiary submissions.

Plaintiff is the owner, and TOMS Shoes Inc., is the exclusive licensee of the following trademarks on the Principal Register of the United States Patent and Trademark Office (collectively the "TOMS Marks"):

| Trademark | Registration Number | Registration Date | Class / Goods |
|---|---|---|---|
| **TOMS** | 3,353,902 | Dec. 11, 2007 | IC 025 – Canvas shoes, shoes |
| **TOMS** | 3,566,093 | Jan. 20, 2009 | IC 025 – Clothing, namely, canvas shoes, shoes, caps, shirts, t-shirts, and hats |
|  | 3,765,503 | Mar. 23, 2010 | IC 025 – Baseball caps; caps; hats; canvas shoes; footwear for men and women; shoes; and shirts |
| **LOVE IS THE NEW BLACK** | 3,935,329 | Mar. 22, 2011 | IC 025 – Clothing, namely, shoes |
| **ONE FOR ONE** | 4,170,419 | July 10, 2012 | IC 009 – Sunglasses and cases for sunglasses |
| **TOMS** | 4,192,925 | Aug. 21, 2012 | IC 009 – Sunglasses and cases for sunglasses |
| **ONE FOR ONE** | 4,204,485 | Sep. 11, 2012 | IC 025 – Clothing, namely, hats, sweatshirts, hooded sweatshirts, t-shirts and shoes |
| **ONE FOR ONE** | 4,208,986 | Sep. 18, 2012 | IC 035 – Retail store services and on-line retail store services in the field of footwear, apparel, eyewear, jewelry, books, journals, and gift packs consisting of DVDS and posters |
|  | 4,274,178 | Jan. 15, 2013 | IC 035 – Retail store services and on-line retail store services in the field of footwear, apparel, eyewear, jewelry, books, journals, and gift packs consisting of DVDS and posters |

| | | | |
|---|---|---|---|
| **TOMS** | 4,313,981 | Apr. 2, 2013 | IC 009 – Eyewear, namely sunglasses, eyeglasses and ophthalmic frames |
| **TOMS** | 4,410,344 | Oct. 1, 2013 | IC 035 – On-line retail store services featuring footwear, apparel, eyewear, jewelry, books, journals and gift packs consisting of DVDS and posters; Retail store services featuring footwear, apparel, eyewear, jewelry, books, journals, and gift packs consisting of DVDS and Posters |

The TOMS Marks are used in connection with the manufacture and distribution of goods in the categories identified above. (*See* Murray Decl. ¶ 4; *see also* Certificates of Registrations for the Chanel Marks attached as Composite Exhibit A to the Murray Decl.)

Defendants, through the fully interactive, commercial Internet websites and/or commercial Internet iOffer auction stores operating under their partnership and unincorporated association names identified on Schedule "A" hereto (collectively the "Subject Domain Names and iOffer Auction Stores"), have advertised, promoted, offered for sale, or sold, at least, canvas shoes, footwear, and sunglasses bearing what Plaintiff has determined to be counterfeits, infringements, reproductions, or colorable imitations of the TOMS Marks. (*See* Murray Decl. ¶¶ 10-14; *see also* relevant web pages from Defendants' Internet websites and iOffer auction stores operating under the Subject Domain Names and iOffer Auction Stores ["Defendants' Websites and iOffer Auction Stores"] attached as Composite Exhibit A to the Declaration of Stephen M. Gaffigan in Support of Plaintiff's *Ex Parte* Application ["Gaffigan Decl."].)

Although each Defendant may not copy and infringe each TOMS Mark for each category of goods protected, Plaintiff has submitted sufficient evidence showing each Defendant has infringed, at least, one or more of the TOMS Marks. (*See* Murray Decl. ¶¶ 10, 12-14.) Defendants are not now, nor have they ever been, authorized or licensed to use, reproduce, or make counterfeits, reproductions, and/or colorable imitations of the TOMS Marks. (*See* Murray Decl. ¶ 9.)

Plaintiff retained AED Investigations, Inc., a licensed private investigative firm, to investigate the promotion and sale of counterfeit and infringing TOMS

branded products by Defendants and to determine Defendants' payee data for the receipt of funds for the sale of counterfeit TOMS branded merchandise through the Subject Domain Names and iOffer Auction Stores.   (*See* Declaration of Eric Rosaler in Support of Plaintiff's *Ex Parte* Application ["Rosaler Decl."] ¶ 3; Murray Decl. ¶ 11; Gaffigan Decl. ¶ 4.)

Eric Rosaler ("Rosaler"), an officer of AED Investigations, Inc., accessed the Internet websites operating under the Subject Domain Names identified in the table below, and went through the purchasing process[2] for various products, most of which bore counterfeits of, at least, one of the TOMS Marks at issue in this action. (Rosaler Decl. ¶ 5 and Composite Exhibit A thereto.) Following submission of his orders, Rosaler received information for finalizing payment for each of the items ordered via PayPal and/or bank transfer to Defendants' respective PayPal and/or bank accounts,[3] as follows:

| Domain Name | Payment Type | Account Information |
|---|---|---|
| authentictomsshoes.com<br>cheapesttoms.net<br>tomscoupon.us<br>tomsshoessingapore.com<br>crochettoms.com<br>tomscheap.com<br>tomscheap.net<br>tomsshoessale.net<br>wholesale-toms.com<br>cheaptoms.net<br>cheaptomsshoes.ca<br>toms-outlet.us<br>tomssale.us<br>tomsshoesonlineoutlet.com | Bank Transfer | Bank Name: Bank of China<br>Bank Account Number:<br>**** **** **** ***7 547<br>Swift Code: BKCHCNBJ910 |
| cheaptomsonlinestore.com<br>usatoms.com | Bank Transfer | Bank Name: Bank Of China<br>Bank Account Number:<br>***************6045<br>Swift Code: BKCHCNBJ73C |

---

[2] Rosaler intentionally did not finalize his purchases via the Internet websites so as to avoid contributing additional funds to the Defendants' coffers. (*See* Gaffigan Decl. ¶ 4.)

[3] The full account numbers of all financial institution accounts identified herein have been redacted to avoid disclosure of private financial information, in compliance with Fed. R. Civ. P. 5.2(a)(4).

| Domain Name | Payment Type | Account Information |
|---|---|---|
| kdcanvasshoes.com topfanshoes.com | Bank Transfer | Bank Name: Qianjie Savings Office,Bank Of China HanJiang Sub-branch Bank Account Number: **** **** **** ***9 979 Swift Code: BKCHCNBJ720 |
| dereo.com skykat.com | Bank Transfer | Bank Name: China Merchants Bank, H. O. Shenzhen,China Bank Account Number: ***********6082 Swift Code: CMBCCNBS |
| tomsskorbilligt.com buycheaptomsonline.com | Bank Transfer | Bank Name: Bank of China Bank Account Number: ** **** **** **** ***8 722 Swift Code: BKCHCNBJ73C |
| tomsschuhedeutschland.com | Bank Transfer | Bank Name: Bank of China Putian Branch Bank Account Number: **** **** **** ***0 657 Swift Code: BKCHCNBJ73C |

| Domain Name | Payment Type | Account Information |
|---|---|---|
| toms-shoe.com | Bank Transfer | Bank Name: Bank Of China<br>Bank Account Number:<br>**** **** **** ***8 399<br>Swift Code: BKCHCNBJ73C |
| tomsshoessale-outlet.net | Bank Transfer | Bank Name: Bank Of China<br>Putian Branch<br>Bank Account Number:<br>******* **** ***4424<br>Swift Code: BKCHCNBJ73C |
| tomsshoesale.biz | Bank Transfer | Bank Name: Bank Of China<br>Putian Branch<br>Bank Account : ***** **** ****<br>**6742<br>Swift Code: BKCHCNBJ73C |
| tomsshoesstore.com | Bank Transfer | Bank Name: Bank of China,<br>Putian Branch<br>Bank Account Number:<br>***** **** ****** 6561<br>Swift Code: BKCHCNBJ73C |
| u-pu.com | Bank Transfer | Bank Name: Industrial and<br>Commercial Bank of China<br>(GUANGDONG PROVINCIAL<br>BRANCH)<br>Bank Account Number:<br>**************4760<br>Swift Code: ICBKCNBJGDG |

| Domain Name | Payment Type | Account Information |
|---|---|---|
| tomsshoesaustralia.org | Bank Transfer | Bank Name: Bank of China Putian Branch<br>Bank Account Number: **** **** **** ***9 962 or ****** **** **** ***9 962<br>Swift Code: BKCHCNBJ73C |
| discounttoms.net | Bank Transfer | Bank Name: Bank of China Putian Branch, Fujian province, China<br>Bank Account Number: ***************5523<br>Swift Code: BKCHCNBJ73C |
| cheaptoms-shoes.net<br>tomsshoes-cheap.net | PayPal | caill1987@126.com |
| norgemall.com | PayPal | 284407026@qq.com |
| kdcanvasshoes.com | PayPal | linzhihua1@hotmail.com |
| tomshoesforsale.com | PayPal | paypalgoodko893@yahoo.com |
| dereo.com | PayPal | payment@dereos.com |
| instockshoes.com | PayPal | beddingretailer@hotmail.com |
| 23shopping7.com | PayPal | baolai2028@163.com |
| skykat.com | PayPal | payment@skilat.com |

(See Rosaler Decl. ¶ 4 and Composite Exhibit A thereto.)

Furthermore, Rosaler accessed the commercial Internet iOffer auction stores operating under the seller ID names identified in the table below, and went through the purchasing process for various products, all of which bore counterfeits of, at least, one of the TOMS Marks at issue in this action. (See Rosaler Decl. ¶ 5 and Composite Exhibit B thereto.)  Following submission of his orders, Rosaler received information for finalizing payment for each of the various products ordered via PayPal to Defendants' respective PayPal accounts as follows:

| iOffer Username | PayPal Account |
|---|---|
| 2012hotproducts | tiantianyouxi0923@126.com |
| chengxin9999 | shishan1980@outlook.com |
| fendou6677 | nengliang0709@163.com |
| fengshen518a8 | meilixinqing12256@yeah.net |
| fitnessboy | mengqian5220@163.com |
| futemongdiou | pthfnv5eg@163.com |

| iOffer Username | PayPal Account |
|---|---|
| gntx4rtc998 | yfsxwrl4582@outlook.com |
| gongxifacai51888 | gqjdd888@163.com |
| guge163com | hueer8899@163.com |
| headphone2013 | yuan97421@126.com |
| hhhfeihuang | jinpai111@outlook.com |
| hueiyi111888 | lixiaoying3366@163.com |
| huohuohuo889 | xvghk4b3@126.com |
| jasmine3006 | sayu9000@126.com |
| jiunaiayouyige | benchi2014@163.com |
| joyzen0725 | meihaotian0920@163.com |
| juanjuan7897 | dianzi131413@126.com |
| lvshui777 | lianhua778@163.com |
| mon2013store | jiankangshifu2013@hotmail.com |
| muffler888 | zhaozhaohu090@163.com |
| shoes006 | tianxia2s2@163.com |
| tkirk1701 | poiuytwertymnbvc@hotmail.com |
| tomszhuanshou | baoma2014baoma@163.com |
| wonderdb | shangwuyouxi125@163.com |
| woshinimbbaicai | aifanxiao@163.com |
| wwcc | nanshou0920@163.com |
| www19888 | aixiangyi58sheng@126.com |
| xiandaiiex35 | rwesfdcvzbv89@126.com |
| xxxxoooo | hnokmgrg@163.com |
| yihanke2013 | linyuhuating1@163.com |
| zhaozhe2013110 | xingfu2013822@163.com |

(*See* Rosaler Decl. ¶ 5 and Composite Exhibit B thereto.)

Plaintiff's representative reviewed and visually inspected Defendants' Subject Domain Names and the iOffer Auction Stores, as well as pictures of items bearing the TOMS Marks offered for sale via the Internet websites and iOffer auction stores operating under the Subject Domain Names and iOffer Auction Stores, and determined the products were not genuine TOMS products. (*See* Murray Decl. ¶¶ 14-16.)

## II.    LEGAL STANDARD

In order to obtain a temporary restraining order, a party must demonstrate "(1) [there is] a substantial likelihood of success on the merits; (2) that irreparable injury will be suffered if the relief is not granted; (3) that the threatened injury outweighs the harm the relief would inflict on the non-movant; and (4) that the entry of the relief would serve the public interest."

*Schiavo ex. rel Schindler v. Schiavo*, 403 F.3d 1223, 1225–26 (11th Cir. 2005); *see also Levi Strauss & Co. v. Sunrise Int'l. Trading Inc.*, 51 F. 3d 982, 985 (11th Cir. 1995) (applying the test to a preliminary injunction in a Lanham Act case). Additionally, a court may only issue a temporary restraining order without notice to the adverse party or its attorney if:

> (A) specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition [and] (B) the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required.

FED. R. CIV. P. 65(b). *Ex parte* temporary restraining orders "should be restricted to serving their underlying purpose of preserving the status quo and preventing irreparable harm just so long as is necessary to hold a hearing and no longer." *Granny Goose Foods, Inc. v. Brotherhood of Teamsters & Auto Truck Drivers Local No. 70 of Alameida Cnty, etc.*, 415 U.S. 423, 439 (1974).

### III.  ANALYSIS

The declarations Plaintiff submitted in support of its *Ex Parte* Application support the following conclusions of law:

A.  Plaintiff has a very strong probability of proving at trial that consumers are likely to be confused by Defendants' advertisement, promotion, sale, offer for sale, or distribution of canvas shoes, footwear, and sunglasses bearing counterfeits, reproductions, or colorable imitations of the TOMS Marks, and that the products Defendants are selling and promoting are copies of Plaintiff's products that bear copies of the TOMS Marks on canvas shoes, footwear, and sunglasses.

B.  Because of the infringement of TOMS Marks, Plaintiff is likely to suffer immediate and irreparable injury if a temporary restraining order is not granted. It clearly appears from the following specific facts, as set forth in Plaintiff's Complaint, *Ex Parte* Application, and accompanying declarations on file, that immediate and irreparable loss, damage, and injury will result to Plaintiff and to consumers before Defendants can be heard in opposition unless Plaintiff's request for *ex parte* relief is granted:

1.  Defendants own or control Internet websites, Internet iOffer Auction Stores, domain names, or businesses that advertise, promote, offer for sale, or sell, at least canvas shoes, footwear, and sunglasses bearing counterfeit and infringing trademarks in violation of Plaintiff's rights;

2.  There is good cause to believe that more counterfeit and infringing products bearing Plaintiff's trademarks will appear in the marketplace; that consumers are likely to be misled, confused, and

disappointed by the quality of these products; and that Plaintiff may suffer loss of sales for its genuine products;

   3. There is good cause to believe that if Plaintiff proceeds on notice to Defendants on this *Ex Parte* Application, Defendants can easily and quickly transfer the registrations for many of the domain names at issue in this action, or modify registration data and content, change hosts, and redirect traffic to other websites, thereby thwarting Plaintiff's ability to obtain meaningful relief;

  C. The balance of potential harm to Defendants in restraining their trade in counterfeit and infringing branded goods if a temporary restraining order is issued is far outweighed by the potential harm to Plaintiff, its reputation and goodwill as a manufacturer and distributor of quality products, if such relief is not issued; and

  D. The public interest favors issuance of the temporary restraining order in order to protect Plaintiff's trademark interests and the public from being defrauded by the palming off of counterfeit products as genuine products of Plaintiff.

  E. Under 15 U.S.C. § 1117(a), Plaintiff may be entitled to recover, as an equitable remedy, the illegal profits gained through Defendants' distribution and sales of canvas shoes, footwear, and sunglasses bearing counterfeits and infringements of the TOMS Marks. *See Reebok Int'l, Ltd. v. Marnatech Enters., Inc.*, 970 F.2d 552, 559 (9th Cir. 1992) (quoting *Fuller Brush Products Co. v. Fuller Brush Co.*, 299 F.2d 772, 777 (7th Cir. 1962) ("An accounting of profits under § 1117(a) is not synonymous with an award of monetary damages: '[a]n accounting for profits . . . is an equitable remedy subject to the principles of equity.'")

  F. Requesting equitable relief "invokes the district court's inherent equitable powers to order preliminary relief, including an asset freeze, in order to assure the availability of permanent relief." *Levi Strauss & Co. v. Sunrise Int'l Trading Inc.*, 51 F.3d 982, 987 (11th Cir. 1995) (citing *Federal Trade Commission v. United States Oil and Gas Corp.*, 748 F.2d 1431, 1433-34 (11th Cir. 1984)).

  G. In light of the inherently deceptive nature of the counterfeiting business, and the likelihood that Defendants' have violated federal trademark laws, Plaintiff has good reason to believe Defendants will hide or transfer their ill-gotten assets beyond the jurisdiction of this Court unless those assets are restrained.

## IV. CONCLUSION

For the foregoing reasons, it is

**ORDERED AND ADJUDGED** that Plaintiff's *Ex Parte* Application is hereby **GRANTED** as follows:

(1)     Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order are hereby temporarily restrained:

        a. From manufacturing, importing, advertising, promoting, offering to sell, selling, distributing, or transferring any products bearing the TOMS Marks, or any confusingly similar trademarks, other than those actually manufactured or distributed by Plaintiff; and

        b. From secreting, concealing, destroying, selling off, transferring, or otherwise disposing of: (i) any products, not manufactured or distributed by Plaintiff, bearing the TOMS Marks, or any confusingly similar trademarks; or (ii) any evidence relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any products bearing the TOMS Marks, or any confusingly similar trademarks.

(2)     Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order shall immediately discontinue the use of the TOMS Marks or any confusingly similar trademarks, on or in connection with all Internet websites, domain name, and/or iOffer auction store businesses owned and operated, or controlled by them including the Internet websites and iOffer auction stores operating under the Subject Domain Names and iOffer Auction Stores;

(3)     Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order shall immediately discontinue the use of the TOMS Marks, or any confusingly similar trademarks within domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), from any advertising links to other websites, from search engines' databases or cache memory, and any other form of use of such terms which is visible to a computer user or serves to direct computer searches to websites registered by, owned, or operated by each Defendant, including the Internet websites operating under the domain names used and controlled by Defendants 1-63 (collectively the "Subject Domain Names");

(4)     Each Defendant shall not transfer ownership of the Subject Domain Names during the pendency of this Action, or until further Order of the Court;

(5)     The domain name Registrars for the Subject Domain Names are directed to transfer to Plaintiff's counsel, for deposit with this Court, domain name certificates for the Subject Domain Names;

(6)     The domain name Registrars for the Infringing Subject Domain Names, as identified hereto on Schedule "C," shall immediately assist in changing the Registrar of record for the Infringing Subject Domain Names, excepting any such domain names which such Registrars have been notified in writing by Plaintiff have been or will be dismissed from this action, to a holding account with a Registrar of Plaintiff's choosing (the "New Registrar"). To the extent the Registrars do not assist in changing the Registrars of Record for the domains under their respective control within one (1) business day of receipt of this Order and instructions on the change of the Registrars of Record, the top-level domain (TLD) Registries (or their administrators) for the Infringing Subject Domain Names, within five (5) business days of receipt of this Order, shall, change or assist in changing, the Registrar of record for the Infringing Subject Domain Names, excepting any such domain names which such Registries have been notified in writing by Plaintiff have been or will be dismissed from this action, to a holding account with the New Registrar. As a matter of law, this Order shall no longer apply to any Defendant or associated domain name dismissed from this action. Upon the change of the Registrar of record for the Infringing Subject Domain Names, the New Registrar will maintain access to the Infringing Subject Domain Names in trust for the Court during the pendency of this action. Additionally, the New Registrar shall immediately institute a temporary 302 domain name redirection which will automatically redirect any visitor to the Infringing Subject Domain Names to the          following          Uniform          Resource          Locator          ("URL") http://servingnotice.com/TOMSpp1/index.html wherein copies of the Complaint and all other documents on file in this action are displayed. Alternatively, the New Registrar may update the Domain Name System ("DNS") data it maintains for the Infringing Subject Domain Names, which link the domain names to the IP addresses where their associated websites are hosted, to NS1.MEDIATEMPLE.NET and NS2.MEDIATEMPLE.NET, which will cause the domain names to resolve to the website where copies of the Complaint, Temporary Restraining Order, and all other documents on file in this action are displayed. After the New Registrar has effected this change, the Infringing Subject Domain Names shall be placed on Lock status, preventing the modification or deletion of the domains by the New Registrar or Defendants

(7)     Upon Plaintiff's request, the privacy protection service for any Subject Domain Name for which the Registrant uses such privacy protection service to conceal the Registrant's identity and contact information are ordered to disclose to Plaintiff the true identities and contact information of those Registrants;

(8)     Plaintiff may enter the Subject Domain Names into Google's Webmaster Tools and cancel any redirection of the domains that have been entered there by Defendants which redirect traffic to the counterfeit operations to a new domain name or website and thereby evade the provisions of this Order;

(9)     Each Defendant shall preserve copies of all their computer files relating to the use of any of the Subject Domain Names and iOffer Auction Stores and shall take all steps necessary to retrieve computer files relating to the use of the Subject Domain Names and iOffer Auction Stores that may have been deleted before the entry of this Order;

(10)    Upon receipt of notice of this Order, PayPal, Inc. ("PayPal")[4] and its related companies and affiliates shall immediately freeze all funds, as opposed to ongoing account activity, in or which hereafter are transmitted into the PayPal accounts related to the Defendants and associated e-mail addresses identified on Schedule "B" hereto and the following specific PayPal account recipients:

| PayPal Account |
| --- |
| 284407026@qq.com |
| aifanxiao@163.com |
| aixiangyi58sheng@126.com |
| baolai2028@163.com |
| baoma2014baoma@163.com |
| beddingretailer@hotmail.com |
| benchi2014@163.com |
| caill1987@126.com |
| dianzi131413@126.com |
| gqjdd888@163.com |
| hnokmgrg@163.com |
| hueer8899@163.com |
| jiankangshifu2013@hotmail.com |
| jinpai111@outlook.com |

---

[4] PayPal is licensed to do business in the State of Florida by the Florida Office of the Controller and is therefore subject to personal jurisdiction in this Court. (*See* Gaffigan Decl. ¶ 9 and Exhibit D attached thereto.)

| PayPal Account |
|---|
| lianhua778@163.com |
| linyuhuating1@163.com |
| linzhihua1@hotmail.com |
| lixiaoying3366@163.com |
| meihaotian0920@163.com |
| meilixinqing12256@yeah.net |
| mengqian5220@163.com |
| nanshou0920@163.com |
| nengliang0709@163.com |
| payment@dereos.com |
| payment@skilat.com |
| paypalgoodko893@yahoo.com |
| poiuytwertymnbvc@hotmail.com |
| pthfnv5eg@163.com |
| rwesfdcvzbv89@126.com |
| sayu9000@126.com |
| shangwuyouxi125@163.com |
| shishan1980@outlook.com |
| tiantianyouxi0923@126.com |
| tianxia2s2@163.com |
| xingfu2013822@163.com |
| xvghk4b3@126.com |
| yfsxwrl4582@outlook.com |
| yuan97421@126.com |
| zhaozhaohu090@163.com |

as well as all funds in or which are transmitted into (i) any other related accounts of the same customer(s), (ii) any other accounts which transfer funds into the same financial institution account(s), and/or any of the other PayPal accounts subject to this Order; and (iii) any other PayPal accounts tied to or used by any of the Subject Domain Names and iOffer Auction Stores identified on Schedule "A" hereto;

(11) Upon receipt of notice of this Order, PayPal and its related companies and affiliates shall immediately freeze all funds, as opposed to ongoing account activity, in or which hereafter are transmitted into PayPal

14

accounts linked to, associated with, or that transmit funds into Defendants' identified bank accounts,[5] including but not limited to:

| Bank Name | Beneficiary Name | Account Number | Swift Code |
|---|---|---|---|
| Bank of China | Feng Qiaolin | **** **** **** ***7 547 | BKCHCNBJ910 |
| Bank of China | | ***************6045 | BKCHCNBJ73C |
| Bank Of China HanJiang Sub-branch(45583),PuTian Branch | Fan Hai Yang | **** **** **** ***9 979 | BKCHCNBJ720 |
| China Merchants Bank, H. O. Shenzhen,China | Song Qian Bo | ************6082 | CMBCCNBS |
| Bank of China Putian Branch | CHANGHUA LV | ** **** **** **** ***8 722 | BKCHCNBJ73C |
| Bank of China Putian Branch | Liu Jianhan | ******* **** ***4424 | BKCHCNBJ73C |
| Bank of China | Mingwang Xu | **** **** **** ***8 399 | BKCHCNBJ73C |
| Bank of China Putian Branch | lin quanfan | ***************5523 | BKCHCNBJ73C |
| Bank of China Putian Branch | FANGKUN YU | ***** **** **** **6742 | BKCHCNBJ73C |
| Bank of China Putian Branch | JINCHUN HUANG | **** **** **** ***9 962 or ****** **** **** ***9 962 | BKCHCNBJ73C |
| Bank of China Putian Branch | Rongjiao Zhang | **** **** **** ***0 657 | BKCHCNBJ73C |
| Bank of China Putian Branch | Chen Guosen | ***** **** ****** 6561 | BKCHCNBJ73C |

---

[5] The full account numbers identified herein have been redacted to avoid disclosure of private financial information, in compliance with Fed. R. Civ. P. 5.2(a)(4); however, the full account numbers are identified on Plaintiff's Notice of Filing Reference List, filed under seal, which shall be disclosed to PayPal to effectuate the relief ordered herein.

| Bank Name | Beneficiary Name | Account Number | Swift Code |
|---|---|---|---|
| Industrial and Commercial Bank of China (GUANGDONG PROVINCIAL BRANCH) | Xie Yan | ***************4760 | ICBKCNBJGDG |

and any other related accounts of the same customers;

(12)   PayPal shall also immediately divert to a holding account for the trust of the Court all funds in all PayPal accounts related to the PayPal account recipients:

| PayPal Account |
|---|
| 284407026@qq.com |
| aifanxiao@163.com |
| aixiangyi58sheng@126.com |
| baolai2028@163.com |
| baoma2014baoma@163.com |
| beddingretailer@hotmail.com |
| benchi2014@163.com |
| caill1987@126.com |
| dianzi131413@126.com |
| gqjdd888@163.com |
| hnokmgrg@163.com |
| hueer8899@163.com |
| jiankangshifu2013@hotmail.com |
| jinpai111@outlook.com |
| lianhua778@163.com |
| linyuhuating1@163.com |
| linzhihua1@hotmail.com |
| lixiaoying3366@163.com |
| meihaotian0920@163.com |
| meilixinqing12256@yeah.net |
| mengqian5220@163.com |
| nanshou0920@163.com |
| nengliang0709@163.com |
| payment@dereos.com |
| payment@skilat.com |
| paypalgoodko893@yahoo.com |

| PayPal Account |
| --- |
| poiuytwertymnbvc@hotmail.com |
| pthfnv5eg@163.com |
| rwesfdcvzbv89@126.com |
| sayu9000@126.com |
| shangwuyouxi125@163.com |
| shishan1980@outlook.com |
| tiantianyouxi0923@126.com |
| tianxia2s2@163.com |
| xingfu2013822@163.com |
| xvghk4b3@126.com |
| yfsxwrl4582@outlook.com |
| yuan97421@126.com |
| zhaozhaohu090@163.com |

and any other related accounts of the same customer(s) and/or all PayPal accounts linked to, associated with, or that transmit funds into Defendants' identified bank accounts, including but not limited to:

| Bank Name | Beneficiary Name | Account Number | Swift Code |
| --- | --- | --- | --- |
| Bank of China | Feng Qiaolin | **** **** **** ***7 547 | BKCHCNBJ910 |
| Bank of China | | **************6045 | BKCHCNBJ73C |
| Bank Of China HanJiang Sub-branch(45583),PuTian Branch | Fan Hai Yang | **** **** **** ***9 979 | BKCHCNBJ720 |
| China Merchants Bank, H. O. Shenzhen,China | Song Qian Bo | ***********6082 | CMBCCNBS |
| Bank of China Putian Branch | CHANGHUA LV | ** **** **** **** ***8 722 | BKCHCNBJ73C |
| Bank of China Putian Branch | Liu Jianhan | ******* **** ***4424 | BKCHCNBJ73C |
| Bank of China | Mingwang Xu | **** **** **** ***8 399 | BKCHCNBJ73C |
| Bank of China Putian Branch | lin quanfan | **************5523 | BKCHCNBJ73C |

| Bank Name | Beneficiary Name | Account Number | Swift Code |
|---|---|---|---|
| Bank of China Putian Branch | FANGKUN YU | \*\*\*\*\* \*\*\*\* \*\*\*\* \*\*6742 | BKCHCNBJ73C |
| Bank of China Putian Branch | JINCHUN HUANG | \*\*\*\* \*\*\*\* \*\*\*\* \*\*\*9 962 or \*\*\*\*\*\* \*\*\*\* \*\*\*\* \*\*\*9 962 | BKCHCNBJ73C |
| Bank of China Putian Branch | Rongjiao Zhang | \*\*\*\* \*\*\*\* \*\*\*\* \*\*\*0 657 | BKCHCNBJ73C |
| Bank of China Putian Branch | Chen Guosen | \*\*\*\*\* \*\*\*\* \*\*\*\*\*\* 6561 | BKCHCNBJ73C |
| Industrial and Commercial Bank of China (GUANGDONG PROVINCIAL BRANCH) | Xie Yan | \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*4760 | ICBKCNBJGDG |

and any other related accounts of the same customers as well as any other accounts which transfer funds into the same financial institution account(s) as any of the other PayPal accounts subject to this Order;

(13)    PayPal shall further, within five business days of receiving this Order, provide Plaintiff's counsel with all data which details (i) an accounting of the total funds frozen and identifies the PayPal account(s) which the frozen funds are related to, and (ii) the account transactions related to all funds transmitted into the PayPal account(s) which have been restrained.   Such freezing of the funds and the disclosure of the related financial institution account information shall be made without notice to the account owners or the financial institutions until further order of this Court.  PayPal shall receive and maintain this Order and its contents as confidential until further order of this Court. No funds restrained by this Order shall be transferred or surrendered by PayPal for any purpose (other than pursuant to a chargeback made pursuant to PayPal's security interest in the funds) without the express authorization of this Court;

(14)    This Temporary Restraining Order shall remain in effect until the date for the hearing on the Motion for Preliminary Injunction set forth below, or until such further dates as set by the Court or stipulated to by the parties;

(15)    Pursuant to 15 U.S.C. § 1116(d)(5)(D) ) and Fed. R. Civ. P. 65(c), Plaintiff shall post a bond in the amount of Ten Thousand Dollars and Zero Cents ($10,000.00), as payment of damages to which Defendants may be entitled for a wrongful injunction or restraint, during the pendency of this

action, or until further Order of the Court. In the Court's discretion, the bond may be subject to increase should the amount of the funds seized exceed $10,000.00. Plaintiff shall post the bond prior to requesting the Registry to change the registrar of record for the Infringing Subject Domain Names;

(16)   A hearing is set before this Court in the United States Courthouse located at 400 North Miami Avenue, Miami, Florida, 33128, Courtroom 12-3, on **December 19, 2013, at 8:30 a.m.**, or at such other time that this Court deems appropriate, at which time Defendants and/or any other affected persons may challenge the appropriateness of this Order and move to dissolve the same and at which time the Court will hear argument on Plaintiff's requested preliminary injunction;

(17)   After Plaintiff's counsel has received confirmation from PayPal regarding funds frozen as directed herein, Plaintiff shall serve a copy of the Complaint, the Application for Temporary Restraining Order, this Order, and all other pleadings and documents on file in this action on each Defendant via the corresponding e-mail addresses provided by Defendants (i) as part of the domain registration data for each of their respective domain names, or (ii) on their Internet websites, and the customer service e-mail addresses used to communicate with Plaintiff's investigator, all of which are identified on Schedule "B" hereto, or (iii) on each Defendant via the online submission forms provided on the Internet websites and iOffer auction stores operating under their respective Subject Domain Names and iOffer Auction Stores, and provide a copy of the Order by e-mail to the registrar of record for each of their respective domain names or by other means reasonably calculated to give notice which is permitted by the Court. In addition, Plaintiff shall post a copy of the Complaint, the Ex Parte Application for TRO, and this Order, as well as all other documents filed in this action on the website located at http://servingnotice.com/TOMSpp1/index.html, within forty-eight (48) hours of control of the Infringing Subject Domain Names being changed to the Court via the New Registrar's holding account, and such notice so given shall be deemed good and sufficient service thereof.  Plaintiff shall continue to provide notice of these proceedings and copies of the documents on file in this matter to Defendants by regularly updating the website located at http://servingnotice.com/TOMSpp1/index.html or by other means reasonably calculated to give notice which is permitted by the Court;

(18)   Any response or opposition to Plaintiff's Motion for Preliminary Injunction must be filed and served on Plaintiff's counsel by **December 17, 2013**, and filed with the Court, along with Proof of Service. Plaintiff shall file any Reply Memorandum on or before **December 18, 2013 at 2:00 p.m.** The above dates may be revised upon stipulation by all parties and approval of this

Court. Defendants are hereby on notice that failure to appear at the hearing may result in the imposition of a preliminary injunction against them pursuant to 15 U.S.C. § 1116(d), Fed. R. Civ. P. 65, and this Court's inherent authority.

**Done and Ordered** in chambers, at Miami, Florida, on December 2, 2013 at 3:00 p.m.

Robert N. Scola, Jr.
**United States District Judge**

20

**SCHEDULE A**
**DEFENDANTS BY NUMBER AND**
**SUBJECT DOMAIN NAMES AND iOFFER AUCTION STORES**

| Defendant Number | Defendant / Subject Domain Name and iOffer Auction Stores |
|---|---|
| 1 | authentictomsshoes.com |
| 1 | cheapesttoms.net |
| 1 | cheaptoms.net |
| 1 | cheaptomsshoes.ca |
| 1 | crochettoms.com |
| 1 | tomscheap.net |
| 1 | tomscoupon.us |
| 1 | toms-outlet.us |
| 1 | tomssale.us |
| 1 | tomsshoesonlineoutlet.com |
| 1 | tomsshoessale.net |
| 1 | tomsshoessingapore.com |
| 1 | wholesale-toms.com |
| 1 | toms-wholesale.com |
| 1 | tomscheap.com |
| 2 | cheaptomsonlinestore.com |
| 2 | usatoms.com |
| 2 | tomsusashop.com |
| 2 | tomsonlinefactory.com |
| 2 | tomsoutletonlinefactory.com |
| 2 | tomsshoesonlinefactory.com |
| 2 | cheaptomsonlinefactory.com |
| 2 | tomsdiscountonline.com |
| 2 | tomsonlinediscount.com |
| 3 | kdcanvasshoes.com |
| 3 | canvasshoessale.com |
| 3 | topfanshoes.com |
| 4 | skykat.com |
| 4 | dereo.com |
| 5 | tomsskorbilligt.com |
| 5 | buycheaptomsonline.com |
| 6 | cheaptoms-shoes.net |
| 6 | tomsshoes-cheap.net |

| Defendant Number | Defendant / Subject Domain Name and iOffer Auction Stores |
|---|---|
| 7 | toms--online.com |
| 7 | toms--outlet.com |
| 7 | tomsshoesoutlets.com |
| 8 | tomscanada2013.com |
| 8 | tomscanadaoutlet.net |
| 8 | tomsoutletcanada2013.com |
| 8 | tomsshoescanadasale.net |
| 9 | tomsoutletfactory.com |
| 9 | tomsoutletfactory.net |
| 9 | tomsoutletauthentic.net |
| 9 | tomsoutletonlinesale.net |
| 9 | tomsoutletsale.net |
| 9 | tomsoutletest.com |
| 9 | tomsoutletvip.com |
| 9 | cheaptomsshoe.biz |
| 9 | tomsoutletcheap.net |
| 9 | cheaptomsshoes2013.net |
| 9 | cheaptomsshoes2014.com |
| 9 | tomsclearance.net |
| 9 | tomsforcheap.net |
| 9 | tomsoutlet2013.com |
| 9 | tomsoutletonlinestore.com |
| 9 | tomsoutletstore2013.net |
| 9 | tomsshoeoutlet.net |
| 9 | tomsshoessale2013.net |
| 10 | officialtomsshoescenters.com |
| 10 | classictoms.com |
| 10 | usatoms.net |
| 11 | picktomsshoes.com |
| 11 | tomsshoesoutlet.net |
| 12 | newtomsshoesonline.com |
| 12 | tomsshoeshere.com |
| 13 | tomsshoessale-outlet.net |
| 14 | 23shopping7.com |
| 15 | norgemall.com |
| 15 | toms-sko.com |

| Defendant Number | Defendant / Subject Domain Name and iOffer Auction Stores |
|---|---|
| 16 | discounttoms.net |
| 16 | tomsshoesclearance.org |
| 17 | tomsshoesaustralia.org |
| 18 | tomsschuhedeutschland.com |
| 19 | instockshoes.com |
| 20 | u-pu.com |
| 21 | toms-shoe.com |
| 22 | tomsshoesstore.com |
| 23 | tomsshoesale.biz |
| 24 | tomshoesforsale.com |
| 24 | cheaptomsaleonline.com |
| 25 | cheapesttomsshoessale.com |
| 26 | tomsdf.com |
| 27 | tomsoutletshoesus.com |
| 28 | tomsusaonline.com |
| 29 | tomsshoescheapshops.com |
| 30 | tomsshoes-51.com |
| 31 | tomsoutletshoesale.com |
| 31 | tomsoutletshoesave.com |
| 32 | cheaptomsshoess.net |
| 33 | tomsoutlet2u.com |
| 34 | tomsusoutlet.net |
| 35 | tomsoutletaustralia.net |
| 36 | salestomsoutlet.com |
| 37 | cheaptomsoutletshoesales.com |
| 38 | tomssforcheap.com |
| 39 | buy-tomshoes.com |
| 40 | 1tomsoutlet.com |
| 41 | tomsshoeshopping.com |
| 41 | toms-shoes-outlets-onlines.com |
| 41 | tomsshoesoutletonine.com |
| 41 | toms-shoes-outlet-online.com |
| 41 | toms-shoes-outlet-onlines.com |
| 41 | tomsshoesshoping.com |
| 41 | tomsshoesshopping.com |
| 42 | hottomsshoes.com |

| Defendant Number | Defendant / Subject Domain Name and iOffer Auction Stores |
|---|---|
| 43 | tomsforwholesale.com |
| 44 | tomsonlinediscount2013.com |
| 45 | tomsdiscountshoes.com |
| 46 | tomshoes2013online.com |
| 47 | tomsshoesline.com |
| 48 | buytomsonline.us |
| 49 | tomsoutletfactoryus.com |
| 50 | tomsoutletshoesstore.com |
| 51 | tomsshoesoutletstores.com |
| 52 | tomshoesales.com |
| 53 | tomsoutletsstoree.com |
| 54 | toms-shoes-outlet.com |
| 55 | cheaptomsshoesonsale.com |
| 56 | cheaptomsshoesstore.com |
| 57 | cheaptomsshoewholesale.com |
| 58 | nordstromtomsshoes.com |
| 59 | officialtomsshoesshop.com |
| 60 | onlinetomsshoes.co.uk |
| 61 | tomsshoescheap88.co.uk |
| 62 | joyzen0725 |
| 63 | jiunaiayouyige |
| 64 | headphone2013 |
| 65 | muffler888 |
| 66 | xxxxoooo |
| 67 | xiandaiiex35 |
| 68 | www19888 |
| 69 | hueiyi111888 |
| 70 | fitnessboy |
| 71 | fendou6677 |
| 72 | wwcc |
| 73 | woshinimbbaicai |
| 74 | mon2013store |
| 75 | 2012hotproducts |
| 76 | guge163com |
| 77 | fengshen518a8 |
| 78 | gntx4rtc998 |

| Defendant Number | Defendant / Subject Domain Name and iOffer Auction Stores |
|---|---|
| 79 | shoes006 |
| 80 | tkirk1701 |
| 81 | hhhfeihuang |
| 82 | chengxin9999 |
| 83 | jasmine3006 |
| 84 | zhaozhe2013110 |
| 85 | lvshui777 |
| 86 | yihanke2013 |
| 87 | gongxifacai51888 |
| 88 | juanjuan7897 |
| 89 | wonderdb |
| 90 | futemongdiou |
| 91 | tomszhuanshou |
| 92 | huohuohuo889 |

SCHEDULE "B"
**DEFENDANT PARTNERSHIPS OR UNINCORPORATED ASSOCIATIONS
BY SUBJECT DOMAIN NAMES AND ASSOCIATED E-MAIL ADDRESSES**

| Defendant Number | Domain Name | Registrant E-mail |
|---|---|---|
| 1 | authentictomsshoes.com | webmaster@authentictomsshoes.com<br>service@authentictomsshoes.com<br>service@authentictomsshoes.com |
| 1 | cheapesttoms.net | webmaster@cheapesttoms.net<br>service@cheapesttoms.net |
| 1 | cheaptoms.net | webmaster@cheaptoms.net<br>service@cheaptoms.net<br>info@cheaptoms.net |
| 1 | cheaptomsshoes.ca | admin-dns@cira.ca<br>webmaster@cheaptomsshoes.ca<br>service@cheaptomsshoes.ca |
| 1 | crochettoms.com | info@crochettoms.com<br>webmaster@crochettoms.com<br>service@crochettoms.com |
| 1 | tomscheap.com | info@tomscheap.com |
| 1 | tomscheap.net | service@tomscheap.net<br>info@tomscheap.com |
| 1 | tomscoupon.us | webmaster@tomscoupon.us<br>service@tomscoupon.us<br>lisa@tomscoupon.us |
| 1 | toms-outlet.us | webmaster@toms-outlet.us<br>service@toms-outlet.us<br>info@toms-outlet.us |
| 1 | tomssale.us | webmaster@tomssale.us<br>service@tomssale.us<br>info@tomssale.us |
| 1 | tomsshoesonlineoutlet.com | webmaster@tomsshoesonlineoutlet.com<br>service@tomsshoesonlineoutlet.com<br>info@tomsshoesonlineoutlet.com |
| 1 | tomsshoessale.net | webmaster@tomsshoessale.net<br>service@tomsshoessale.net<br>info@tomsshoessale.net |
| 1 | tomsshoessingapore.com | webmaster@tomsshoessingapore.com<br>service@tomsshoessingapore.com |
| 1 | toms-wholesale.com | contact@toms-wholesale.com |

26

| Defendant Number | Domain Name | Registrant E-mail |
|---|---|---|
| 1 | wholesale-toms.com | webmaster@wholesale-toms.com<br>service@wholesale-toms.com<br>admin@wholesale-toms.com |
| 2 | cheaptomsonlinefactory.com | tomsonlinefactory@gmail.com<br>15031954@qq.com |
| 2 | cheaptomsonlinestore.com | cheaptomsonlinestore@gmail.com<br>348195361@qq.com |
| 2 | tomsdiscountonline.com | tomsshoesonlinediscount@gmail.com<br>15031954@qq.com |
| 2 | tomsonlinediscount.com | 15031954@qq.com |
| 2 | tomsonlinefactory.com | 348195361@qq.com |
| 2 | tomsoutletonlinefactory.com | 348195361@qq.com |
| 2 | tomsshoesonlinefactory.com | 348195361@qq.com |
| 2 | tomsusashop.com | 36131963@qq.com |
| 2 | usatoms.com | usatoms2013@hotmail.com<br>36131963@qq.com |
| 3 | canvasshoessale.com | canvasshoessale@yahoo.cn |
| 3 | kdcanvasshoes.com | kdcanvasshoes@kaida-trading.com<br>nfljerseyselite@qq.com |
| 3 | topfanshoes.com | service@topfanshoes.com<br>topfanshoes@yahoo.com |
| 4 | dereo.com | sales@dereo.com<br>ommy@hotmail.com |
| 4 | skykat.com | sale@skykat.com<br>estarhr@gmail.com |
| 5 | buycheaptomsonline.com | youhappylian@gmail.com<br>hehehayie@163.com |
| 5 | tomsskorbilligt.com | trade3youlink@gmail.com<br>jdimkdmn@126.com |
| 6 | cheaptoms-shoes.net | sitecustomerservice@gmail.com<br>jesson-lin@gmail.com |
| 6 | tomsshoes-cheap.net | sitecustomerservice@gmail.com<br>jesson-lin@gmail.com |
| 7 | toms--online.com | 2083197@qq.com<br>tomsshoesvip@hotmail.com |
| 7 | toms--outlet.com | 2083197@qq.com |

27

| Defendant Number | Domain Name | Registrant E-mail |
|---|---|---|
| 7 | tomsshoesoutlets.com | abuse@1api.net<br>zone@milw0rm.tw |
| 8 | tomscanada2013.com | outletshoponline@gmail.com<br>55986028@qq.com |
| 8 | tomscanadaoutlet.net | outletshoponline@gmail.com<br>55986028@qq.com |
| 8 | tomsoutletcanada2013.com | outletshoponline@gmail.com<br>55986028@qq.com |
| 8 | tomsshoescanadasale.net | outletshoponline@gmail.com<br>1795527916@qq.com |
| 9 | cheaptomsshoe.biz | customermanagers@gmail.com |
| 9 | cheaptomsshoes2013.net | customermanagers@gmail.com |
| 9 | cheaptomsshoes2014.com | customermanagers@gmail.com |
| 9 | tomsclearance.net | customermanagers@gmail.com |
| 9 | tomsforcheap.net | customermanagers@gmail.com |
| 9 | tomsoutlet2013.com | customermanagers@gmail.com |
| 9 | tomsoutletauthentic.net | chfalidns2014@gmail.com |
| 9 | tomsoutletcheap.net | xiaolulu2014@163.com |
| 9 | tomsoutletest.com | customermanagers@gmail.com |
| 9 | tomsoutletfactory.com | customermanagers@gmail.com<br>ffdns2012@163.com |
| 9 | tomsoutletfactory.net | customermanagers@gmail.com<br>ffdns2012@163.com |
| 9 | tomsoutletonlinesale.net | customermanagers@gmail.com<br>ffdns2012@163.com |
| 9 | tomsoutletonlinestore.com | customermanagers@gmail.com |
| 9 | tomsoutletsale.net | customermanagers@gmail.com<br>ffdns2012@163.com |
| 9 | tomsoutletstore2013.net | customermanagers@gmail.com |
| 9 | tomsoutletvip.com | customermanagers@gmail.com |
| 9 | tomsshoeoutlet.net | customermanagers@gmail.com |
| 9 | tomsshoessale2013.net | ffdns2012@163.com |
| 10 | classictoms.com | officialtomsshoescenter@hotmail.com |
| 10 | officialtomsshoescenters.com | officialtomsshoescenter@hotmail.com |
| 10 | usatoms.net | originaltomsshoes@hotmail.com<br>shippingtoms@hotmail.com |
| 11 | picktomsshoes.com | picktomsshoes.com@gmail.com<br>picktomsshoes@hotmail.com |

| Defendant Number | Domain Name | Registrant E-mail |
|---|---|---|
| 11 | tomsshoesoutlet.net | tomsshoesoutlet.net@gmail.com picktomsshoes@hotmail.com |
| 12 | newtomsshoesonline.com | yulongge@hotmail.com |
| 12 | tomsshoeshere.com | yulongge@hotmail.com |
| 13 | tomsshoessale-outlet.net | onlinestore.customer@gmail.com |
| 14 | 23shopping7.com | 453637251@qq.com |
| 15 | norgemall.com | Norgemall@hotmail.com 284407026@qq.com 51650139@qq.com |
| 15 | toms-sko.com | 284407026@qq.com fanyi@qq.com |
| 16 | discounttoms.net | tomsservicecustomers@outlook.com |
| 17 | tomsshoesaustralia.org | my180trade@gmail.com fhuris@163.com |
| 18 | tomsschuhedeutschland.com | youtradelink@gmail.com furongjianl@163.com |
| 19 | instockshoes.com | mcworld1986@hotmail.com globargains@gmail.com |
| 20 | u-pu.com | upuservie@gmail.com info@hsou.net |
| 21 | toms-shoe.com | cheaptomshoes@gmail.com mwang909@sina.com |
| 22 | tomsshoesstore.com | info@tomsshoesstore.com riig@gg.com |
| 23 | tomsshoesale.biz | coolxjxm@gmail.com rtm18xm@163.com |
| 24 | tomshoesforsale.com | pandoragoing@163.com |
| 25 | cheapesttomsshoessale.com | sale@mcm-bags.com 13618596543@qq.com |
| 26 | tomsdf.com | 1483764295@qq.com |
| 27 | tomsoutletshoesus.com | tomsoultetus@hotmail.com 24204094@qq.com |
| 28 | tomsusaonline.com | tomsoutletonlinefactory@gmail.com 417534788@qq.com |
| 29 | tomsshoescheapshops.com | service@youremail.com sale@tomsshoescheapshops.com |
| 30 | tomsshoes-51.com | raybans5173@gmail.com 852160719@qq.com |

| Defendant Number | Domain Name | Registrant E-mail |
|---|---|---|
| 31 | tomsoutletshoesale.com | tomsoutletshoesale@hotmail.com |
| 31 | tomsoutletshoesave.com | tomsoutletshoesale@hotmail.com<br>theluxefrance@gmail.com |
| 32 | cheaptomsshoess.net | 1127951313@qq.com<br>evachen84@hotmail.com<br>abuse@1api.net |
| 33 | tomsoutlet2u.com | skyshinedony123@hotmail.com<br>abuse@key-systems.net |
| 34 | tomsusoutlet.net | amazingtoms@hotmail.com |
| 35 | tomsoutletaustralia.net | bhurre@163.com |
| 36 | salestomsoutlet.com | cheaptomsbusiness@gmail.com<br>cankuma@163.com |
| 37 | cheaptomsoutletshoesales.com | cheaptomsoutletshoesale@hotmail.com |
| 38 | tomssforcheap.com | trade6888@gmail.com<br>colin218dollars@gmail.com |
| 39 | buy-tomshoes.com | tomshoesservice@gmail.com |
| 41 | tomsshoeshopping.com | tomsshoes990@gmail.com |
| 41 | tomsshoesoutletonine.com | tomsshoes990@gmail.com<br>deanayzaf@hotmail.com |
| 41 | toms-shoes-outlet-online.com | tomsshoes990@gmail.com |
| 42 | hottomsshoes.com | hottomsshoes@hotmail.com |
| 43 | tomsforwholesale.com | huriee@163.com |
| 44 | tomsonlinediscount2013.com | tomsonlinediscount2013@hotmail.com<br>kawayiraybanservice@hotmail.com |
| 45 | tomsdiscountshoes.com | kujihuo@163.com |
| 46 | tomshoes2013online.com | longlian3h@163.com |
| 47 | tomsshoesline.com | purse_store@yahoo.com<br>Sales_support@hotmail.com<br>mariano963@126.com |
| 48 | buytomsonline.us | buytomsonline@hotmail.com<br>minkaitd@gmail.com |
| 49 | tomsoutletfactoryus.com | tomsoutletfactoryus@hotmail.com |
| 50 | tomsoutletshoesstore.com | tomsoutletshoesstore@hotmail.com |
| 51 | tomsshoesoutletstores.com | tomsshoesoutletstores@hotmail.com |
| 52 | tomshoesales.com | wfaghfbj@163.com |
| 53 | tomsoutletsstoree.com | mayrlyann01@hotmail.com<br>wuzhangyin0805@hotmail.com |

| Defendant Number | Domain Name | Registrant E-mail |
|---|---|---|
| 54 | toms-shoes-outlet.com | onlinestoressale@hotmail.com ysg16588@qq.com |
| 55 | cheaptomsshoesonsale.com | wangyou@163.com |
| 56 | cheaptomsshoesstore.com | khuerteryeeyey@outlook.com servicesforshoes@gmail.com |
| 57 | cheaptomsshoewholesale.com | 1226277258@qq.com |
| 61 | tomsshoescheap88.co.uk | tomsshoescheap88@gmail.com |
| 62 | joyzen0725 | meihaotian0920@163.com |
| 63 | jiunaiayouyige | benchi2014@163.com |
| 64 | headphone2013 | yuan97421@126.com |
| 65 | muffler888 | zhaozhaohu090@163.com |
| 66 | xxxxoooo | hnokmgrg@163.com |
| 67 | xiandaiiex35 | rwesfdcvzbv89@126.com |
| 68 | www19888 | aixiangyi58sheng@126.com |
| 69 | hueiyi111888 | lixiaoying3366@163.com |
| 70 | fitnessboy | mengqian5220@163.com |
| 71 | fendou6677 | nengliang0709@163.com |
| 72 | wwcc | nanshou0920@163.com |
| 73 | woshinimbbaicai | aifanxiao@163.com |
| 74 | mon2013store | jiankangshifu2013@hotmail.com |
| 75 | 2012hotproducts | tiantianyouxi0923@126.com |
| 76 | guge163com | hueer8899@163.com |
| 77 | fengshen518a8 | meilixinqing12256@yeah.net |
| 78 | gntx4rtc998 | yfsxwrl4582@outlook.com |
| 79 | shoes006 | tianxia2s2@163.com |
| 80 | tkirk1701 | poiuytwertymnbvc@hotmail.com |
| 81 | hhhfeihuang | jinpai111@outlook.com |
| 82 | chengxin9999 | shishan1980@outlook.com |
| 83 | jasmine3006 | sayu9000@126.com |
| 84 | zhaozhe2013110 | xingfu2013822@163.com |
| 85 | lvshui777 | lianhua778@163.com |
| 86 | yihanke2013 | linyuhuating1@163.com |
| 87 | gongxifacai51888 | gqjdd888@163.com |
| 88 | juanjuan7897 | dianzi131413@126.com |
| 89 | wonderdb | shangwuyouxi125@163.com |
| 90 | futemongdiou | pthfnv5eg@163.com |

| Defendant Number | Domain Name | Registrant E-mail |
|---|---|---|
| 91 | tomszhuanshou | baoma2014baoma@163.com |
| 92 | huohuohuo889 | xvghk4b3@126.com |

**SCHEDULE C**
**<u>INFRINGING SUBJECT DOMAIN NAMES</u>**

| Defendant Number | Domain Name |
|---|---|
| 1 | authentictomsshoes.com |
| 1 | cheapesttoms.net |
| 1 | cheaptoms.net |
| 1 | cheaptomsshoes.ca |
| 1 | crochettoms.com |
| 1 | tomscheap.net |
| 1 | tomscoupon.us |
| 1 | toms-outlet.us |
| 1 | tomssale.us |
| 1 | tomsshoesonlineoutlet.com |
| 1 | tomsshoessale.net |
| 1 | tomsshoessingapore.com |
| 1 | wholesale-toms.com |
| 1 | toms-wholesale.com |
| 1 | tomscheap.com |
| 2 | cheaptomsonlinestore.com |
| 2 | usatoms.com |
| 2 | tomsusashop.com |
| 2 | tomsonlinefactory.com |
| 2 | tomsoutletonlinefactory.com |
| 2 | tomsshoesonlinefactory.com |
| 2 | cheaptomsonlinefactory.com |
| 2 | tomsdiscountonline.com |
| 2 | tomsonlinediscount.com |
| 5 | tomsskorbilligt.com |
| 5 | buycheaptomsonline.com |
| 6 | cheaptoms-shoes.net |
| 6 | tomsshoes-cheap.net |
| 7 | toms--online.com |
| 7 | toms--outlet.com |
| 7 | tomsshoesoutlets.com |
| 8 | tomscanada2013.com |
| 8 | tomscanadaoutlet.net |
| 8 | tomsoutletcanada2013.com |
| 8 | tomsshoescanadasale.net |

| Defendant Number | Domain Name |
|---|---|
| 9 | tomsoutletfactory.com |
| 9 | tomsoutletfactory.net |
| 9 | tomsoutletauthentic.net |
| 9 | tomsoutletonlinesale.net |
| 9 | tomsoutletsale.net |
| 9 | tomsoutletest.com |
| 9 | tomsoutletvip.com |
| 9 | cheaptomsshoe.biz |
| 9 | tomsoutletcheap.net |
| 9 | cheaptomsshoes2013.net |
| 9 | cheaptomsshoes2014.com |
| 9 | tomsclearance.net |
| 9 | tomsforcheap.net |
| 9 | tomsoutlet2013.com |
| 9 | tomsoutletonlinestore.com |
| 9 | tomsoutletstore2013.net |
| 9 | tomsshoeoutlet.net |
| 9 | tomsshoessale2013.net |
| 10 | officialtomsshoescenters.com |
| 10 | classictoms.com |
| 10 | usatoms.net |
| 11 | picktomsshoes.com |
| 11 | tomsshoesoutlet.net |
| 12 | newtomsshoesonline.com |
| 12 | tomsshoeshere.com |
| 13 | tomsshoessale-outlet.net |
| 16 | discounttoms.net |
| 16 | tomsshoesclearance.org |
| 17 | tomsshoesaustralia.org |
| 18 | tomsschuhedeutschland.com |
| 21 | toms-shoe.com |
| 22 | tomsshoesstore.com |
| 23 | tomsshoesale.biz |
| 24 | tomshoesforsale.com |
| 24 | cheaptomsaleonline.com |
| 25 | cheapesttomsshoessale.com |
| 26 | tomsdf.com |
| 27 | tomsoutletshoesus.com |

| Defendant Number | Domain Name |
|---|---|
| 28 | tomsusaonline.com |
| 29 | tomsshoescheapshops.com |
| 30 | tomsshoes-51.com |
| 31 | tomsoutletshoesale.com |
| 31 | tomsoutletshoesave.com |
| 32 | cheaptomsshoess.net |
| 33 | tomsoutlet2u.com |
| 34 | tomsusoutlet.net |
| 35 | tomsoutletaustralia.net |
| 36 | salestomsoutlet.com |
| 37 | cheaptomsoutletshoesales.com |
| 38 | tomssforcheap.com |
| 39 | buy-tomshoes.com |
| 40 | 1tomsoutlet.com |
| 41 | tomsshoeshopping.com |
| 41 | toms-shoes-outlets-onlines.com |
| 41 | tomsshoesoutletonine.com |
| 41 | toms-shoes-outlet-online.com |
| 41 | toms-shoes-outlet-onlines.com |
| 41 | tomsshoesshoping.com |
| 41 | tomsshoesshopping.com |
| 42 | hottomsshoes.com |
| 43 | tomsforwholesale.com |
| 44 | tomsonlinediscount2013.com |
| 45 | tomsdiscountshoes.com |
| 46 | tomshoes2013online.com |
| 47 | tomsshoesline.com |
| 48 | buytomsonline.us |
| 49 | tomsoutletfactoryus.com |
| 50 | tomsoutletshoesstore.com |
| 51 | tomsshoesoutletstores.com |
| 52 | tomshoesales.com |
| 53 | tomsoutletsstoree.com |
| 54 | toms-shoes-outlet.com |
| 55 | cheaptomsshoesonsale.com |
| 56 | cheaptomsshoesstore.com |
| 57 | cheaptomsshoewholesale.com |

| Defendant Number | Domain Name |
|---|---|
| 58 | nordstromtomsshoes.com |
| 59 | officialtomsshoesshop.com |
| 60 | onlinetomsshoes.co.uk |
| 61 | tomsshoescheap88.co.uk |